[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 18, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15178
Non-Argument Calendar

_____

D. C. Docket No. 08-00008-CR-ORL-31DAB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES R. GAINES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 18, 2009)

Before BLACK, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Peter Warren Kenny, appointed counsel for James R. Gaines in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gaines's conviction and sentence are **AFFIRMED**.